# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
FAULKNER, JAN C                                 §        Case No. 09-27550
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
     .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Bank service fees
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRADLEY J. WALLER_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 09-27550   BB   Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | FAULKNER, JAN C | | Date Filed (f) or Converted (c): | 07/29/09 (f) |
| | | | 341(a) Meeting Date: | 09/09/09 |
| For Period Ending: | 03/19/12 | | Claims Bar Date: | 09/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 542 Lathrop, River Forest IL 60305, US Bank Trus | 775,000.00 | Unknown | DA | 0.00 | FA |
| 2. 1139 Keystone, River Forest IL 60305, US Bank Tr | 900,000.00 | Unknown | DA | 0.00 | FA |
| 3. 1518 N. Harlem, River Forest, IL 60305 3 condo u | 330,000.00 | Unknown | DA | 0.00 | FA |
| 4. 1516 N. Harlem, #1W, River Forest IL 60305 1 con | 110,000.00 | Unknown | DA | 0.00 | FA |
| 5. 1140 Ferdinand, Forest Park, IL 60130;, Trust #7 | 180,000.00 | Unknown | DA | 0.00 | FA |
| 6. 1625 S Harlem, Berwyn IL 60402 5 units, US Bank | 500,000.00 | Unknown | DA | 0.00 | FA |
| 7. 1629 S. Harlem, Berwyn IL 60402 6 units, 2 car g | 525,000.00 | Unknown | DA | 0.00 | FA |
| 8. 8459 W. Cermak & 3rd Ave., North Riverside IL 60 | 535,000.00 | Unknown | DA | 0.00 | FA |
| 9. 1645 S. Harlem, Berwyn IL 60402 6 units, US Bank | 525,000.00 | Unknown | DA | 0.00 | FA |
| 10. 2101 S. Harlem, Berwyn IL 60402 6 units, US Bank | 540,000.00 | Unknown | DA | 0.00 | FA |
| 11. 1833 S. Harlem, Berwyn IL 60402, US Bank Trust # | 525,000.00 | Unknown | DA | 0.00 | FA |
| 12. Lakeview Cemetery, Village of Ballaire, Michigan | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2 parking spaces at Colonial House at E, Washing | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Location: on person of debtor | 250.00 | 0.00 | DA | 0.00 | FA |
| 15. Corus Bank, 7727 W Lake St., River Forest IL 603 | 4,055.18 | 3,325.18 | | 4,055.18 | FA |
| 16. Harris Bank Checking Acct #6025373 111 W Monroe, | 255.58 | 0.00 | DA | 0.00 | FA |
| 17. Bank of America checking acct #005480995277 PO B | 707.00 | 0.00 | DA | 0.00 | FA |
| 18. Interest in Community Bank of Oak Park Property | 15,332.83 | Unknown | DA | 0.00 | FA |
| 19. Interest in Merchants and Manufacturers Bank 254 | Unknown | 0.00 | DA | 0.00 | FA |
| 20. Village of River Forest 400 Park Ave., River For | 238.98 | Unknown | DA | 0.00 | FA |
| 21. ComEd Po Box 6111, Carol Stream IL 60197 Acct: 5 | 1,484.65 | 0.00 | DA | 0.00 | FA |
| 22. Furniture, dishes, used couch, computer, compute | 500.00 | 0.00 | DA | 0.00 | FA |
| 23. Books, pictures, single bedroom set 152 W Raven | 250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24. Clothing 152 West Raven Chandler, AZ 85286 | 250.00 | 0.00 | DA | 0.00 | FA |
| 25. Father's Omega retirement watch given to him aft | 200.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 09-27550 | BB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | FAULKNER, JAN C | | |

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 07/29/09 (f)
341(a) Meeting Date: 09/09/09
Claims Bar Date: 09/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Trans America (on daughter's life - Kristen Faul | 2,149.46 | 0.00 | DA | 0.00 | FA |
| 27. 100% of First City Mortgage Corporation Corus Ba | 15,396.79 | Unknown | | 0.00 | Unknown |
| 28. 100% of American Condo Corp. | 0.00 | 0.00 | DA | 0.00 | FA |
| 29. 100% of Real Estate Equity Corporation BK Accoun | 395.41 | 395.41 | DA | 0.00 | FA |
| 30. 1/3 trust interest in Elizabeth M. Faulkner Trus | 193,298.80 | Unknown | | 0.00 | Unknown |
| 31. 1 used computer, and copier 2204 Northgate, Nort | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 32. 1 used computer 152 West Raven, Chandler AZ 8528 | 500.00 | 0.00 | DA | 0.00 | FA |
| 33. 2004 Mercedes S500 (u) | 0.00 | 0.00 | | 15,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.75 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,685,264.68 | $3,720.59 | | $19,556.93 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-27550 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | FAULKNER, JAN C | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8965  Money Market Account |
| Taxpayer ID No: | *******0723 | | |
| For Period Ending: | 03/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/10 | 33 | Kent Faulkner<br>The National Bank<br>P.O. Box 1030<br>Bettendorf, IA  52722-0018 | per court order of 10/22/10<br>DEPOSIT CHECK #256262 | 1229-000 | 15,500.00 | | 15,500.00 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.12 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.25 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.38 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 15,500.49 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.62 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.87 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.99 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,501.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.73 | 15,471.39 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,471.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.04 | 15,435.48 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.06 | 15,436.54 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,436.66 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.72 | 15,404.94 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,405.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.60 | 15,374.47 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,374.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.70 | 15,340.89 |
| 12/05/11 | 15 | Jan C. Fulkner<br>152 W. Raven Drive<br>Chandler, AZ  85286 | Proceeds from Corus Bank account<br>DEPOSIT CHECK #086609 | 1129-000 | 695.67 | | 16,036.56 |
| 12/05/11 | 15 | Jan C Faulkner<br>152 W. Raven Drive | Proceeds from Corus Bank account<br>DEPOSIT CHECK #086610 | 1129-000 | 3,359.51 | | 19,396.07 |

Page Subtotals    19,556.80    160.73

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-27550 -BB | |
| Case Name: | FAULKNER, JAN C | |
| Taxpayer ID No: | *******0723 | |
| For Period Ending: | 03/19/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8965  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | INT | Chandler, AZ  85286<br>The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.13 | | 19,396.20 |
| 12/28/11 | | To Acct #*******8966 | | 9999-000 | | 19,396.20 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 19,556.93 | 19,556.93 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 19,396.20 | |
| Subtotal | | 19,556.93 | 160.73 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 19,556.93 | 160.73 | |

| | | |
|---|---|---|
| Page Subtotals | 0.13 | 19,396.20 |

Ver: 16.05d

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-27550 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | FAULKNER, JAN C | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8966  Checking Account |
| Taxpayer ID No: | *******0723 | | | |
| For Period Ending: | 03/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | From Acct #*******8965 | | 9999-000 | 19,396.20 | | 19,396.20 |
| 01/26/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Ad | 2600-000 | | 25.00 | 19,371.20 |
| 01/26/12 | | Transfer to Acct #*******3051 | Bank Funds Transfer | 9999-000 | | 19,371.20 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 19,396.20 | 19,396.20 | 0.00 |
| Less:  Bank Transfers/CD's | | 19,396.20 | 19,371.20 | |
| Subtotal | | 0.00 | 25.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 25.00 | |

Page Subtotals        19,396.20        19,396.20

FOR Page

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-27550  -BB |
| Case Name: | FAULKNER, JAN C |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3051  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0723 |
| For Period Ending: | 03/19/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8966 | Bank Funds Transfer | 9999-000 | 19,371.20 | | 19,371.20 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 19,371.20 | 0.00 | 19,371.20 |
| Less:  Bank Transfers/CD's | 19,371.20 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account – *******8965 | 19,556.93 | 160.73 | 0.00 |
| Checking Account – *******8966 | 0.00 | 25.00 | 0.00 |
| Checking Account – *******3051 | 0.00 | 0.00 | 19,371.20 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 19,556.93 | 185.73 | 19,371.20 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

Page Subtotals          19,371.20                    0.00

Ver: 16.05d

Page 1

\*
ANALYSIS OF CLAIMS REGISTER

Date: March 19, 2012

Case Number:   09-27550
Debtor Name:   FAULKNER, JAN C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $152.00 | $0.00 | $152.00 |
| 001 2100-00 | BRADLEY J. WALLER KLEIN, STODDARD, BUCK, WALLER& LEWISI 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $2,705.69 | $0.00 | $2,705.69 |
| 2 500 5100-00 | Jane S. Catterson 27297 Buccaneer DR Bonita Springs, FL 34135 | Priority | | $8,470.00 | $0.00 | $8,470.00 |
| 3 500 5100-00 | Jane S. Catterson 27297 Buccaneer DR Bonita Springs, FL 34135 | Priority | | $32,455.00 | $0.00 | $32,455.00 |
| 1 610 7100-00 | Simon Stolarik 1431 West Balmoral Ave. Unit 2S Westchester, IL 60154 | Unsecured | | $93,375.00 | $0.00 | $93,375.00 |
| 4 610 7100-00 | Merchants & Manufacturers Bank c/o David P. Vallas,Wildman, Harrold, Allen & Dixon LLP,225 W. Wacker Drive, S Chicago, IL 60606 | Unsecured | | $800,284.90 | $0.00 | $800,284.90 |
| | Case Totals: | | | $937,442.59 | $0.00 | $937,442.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-27550
Case Name: FAULKNER, JAN C
Trustee Name: BRADLEY J. WALLER

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Jane S. Catterson | $ | $ | $ |
| 3 | Jane S. Catterson | $ | $ | $ |

Total to be paid to priority creditors                              $_____

Remaining Balance                                                       $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 1 | Simon Stolarik | $ | $ | $ |
| 4 | Merchants & Manufacturers Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                       $_____


Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be         percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE