UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
FAULKNER, JAN C                           §      Case No. 09-27550
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                By: /s/ Bradley J. Waller
                                                        Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:      §
      §
FAULKNER, JAN C      §      Case No. 09-27550
      §
     Debtor(s)      §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 19,556.93 |
| and approved disbursements of | $ | 185.73 |
| leaving a balance on hand of[1] | $ | 19,371.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,705.69 | $ 0.00 | $ 2,705.69 |
| Trustee Expenses: BRADLEY J. WALLER | $ 152.00 | $ 0.00 | $ 152.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,857.69 |
| Remaining Balance | $ 16,513.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,925.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Jane S. Catterson | $ 8,470.00 | $ 0.00 | $ 3,417.70 |
| 3 | Jane S. Catterson | $ 32,455.00 | $ 0.00 | $ 13,095.81 |

Total to be paid to priority creditors         $        16,513.51

Remaining Balance                              $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 893,659.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Simon Stolarik | $ 93,375.00 | $ 0.00 | $ 0.00 |
| 4 | Merchants & Manufacturers Bank | $ 800,284.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $        0.00

Remaining Balance                                         $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                    Case No. 09-27550-BWB
Jan C Faulkner                                            Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0752-1      User: cgreen          Page 1 of 2       Date Rcvd: Jun 09, 2011
                          Form ID: ntcftfc7     Total Noticed: 39

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2011.
db           +Jan C Faulkner,    864 Heartland Drive, PO Box  177,    Yorkville, IL 60560-0177
aty          +Willard N Nyman,    Law Office of Willard N. Nyman,    36 South Wabash Avenue,    #1310,
               Chicago, IL 60603-2910
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14242949     +American Heartland Bank & Trust,   799 Heartland Drive,    Sugar Grove, IL 60554-9345
14242950     +Anna Reyes/Delfino Valladeres,    1629 S Harlem,    #4,   Berwyn, IL 60402-1505
14242951      Bank of America -frmrly Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
14242952     +Bank of Commerce,   171 E Irving Park Rd.,    Wood Dale, IL 60191-2023
14242953     +Bank of New York,   c/o Noonan & Liberman,   105 W Adams St., Ste. 3000,    Chicago, IL 60603-6228
14242955      Charles Porter Jr.,    8459 W Cermak & 3rd Ave.,    #3,   Riverside, IL 60546
14242956      Citibank - formerly Countrywide,    c/o Codilis & Associates,    15 W 030 N. Frontage Rd.,
               Burr Ridge, IL 60527
14242958     +Demikio Kinsey,   1645 S Harlem,    #GW,   Berwyn, IL 60402-1509
14242959      Donald Monroe/Ursula Monroe,    8459 W Cermak & 3rd Ave.,    #1,   Riverside, IL 60546
14242960     +Dorcas Walker,   2101 S Harlem,    #GE,   Berwyn, IL 60402-1538
14242961     +Doris Moore,   1833 S Harlem,   #3E,    Berwyn, IL 60402-1520
14242962     +Ed Pleva,   6516 W 16th St.,   #GS,    Berwyn, IL 60402-1309
14242963     +Edwin Galetti,   6516 W 16th St.,    #2N,   Berwyn, IL 60402-1309
14242964     +Emma Stokes/Harold Southern Jr.,    1833 S Harlem,    #1W,   Berwyn, IL 60402-1520
14242966     +First Security Trust and Savings,    7315 W Grand Ave.,    Elmwood Park, IL 60707-1996
14242969     +Herman Martin,   2101 S Harlem,    #1E,   Berwyn, IL 60402-1538
14242972     +Jo Mary Reyes & Salvador Zepedo,    6516 W 16th St.,    #1S,   Berwyn, IL 60402-1309
14242973     +Jose Torres/Marjorie Lara,   1516 N Harlem #1W,    River Forest, IL 60305-1247
14242975     +Joyce Rambus,   1518 N Harlem,   River Forest, IL 60305-1246
14242976     +Keith Webb,   6516 W 16th St.,   #2S,    Berwyn, IL 60402-1309
14242980     +Marilyn Ervin,   1629 S Harlem,    #5,   Berwyn, IL 60402-1505
14814681     +Merchants & Manufacturers Bank,   c/o David P. Vallas,    Wildman, Harrold, Allen & Dixon LLP,
               225 W. Wacker Drive, Suite 2800,    Chicago, IL 60606-1228
14242981     +Merchants and Manufacturers Bank,   25140 W Channon Drive,    Channahon, IL 60410-5030
14242987     +Rafael Perez,   1645 S Harlem,   #2W,    Berwyn, IL 60402-1509
14242988     +Regina Bedell,   2101 S Harlem,    #GW,   Berwyn, IL 60402-1538
14242989      Richard Winslow,    6426 Schumaker Rd.,    Bellaire, MI 49615
14242990     +Rochelle Taylor/Gregory Parker,    2101 S Harlem,    #2E,   Berwyn, IL 60402-1538
14242991     +Rogers Johnson,   2101 S Harlem,    #1W,   Berwyn, IL 60402-1538
14242992     +Ronnie Marquez,   1645 S Harlem,    #2,   Berwyn, IL 60402-1509
14242993      Sam Washington & Faith Holifield,    8459 W Cermak & 3rd Ave.,    #4,   Riverside, IL 60546
14242994      Shirley Mcgee & Charles Roberts,    8459 W Cermak & 3rd Ave.,    #2,   Riverside, IL 60546
14242995     +Simon Stolarik,   1431 West Balmoral Ave.,    Unit 2S,   Westchester, IL 60154-3660
14242996     +Tony Halton/Veronica Perez,    2101 S Harlem,   #GW,    Berwyn, IL 60402-1538
14242997      Valerio Carillo/Nancy Hernandez,    8459 W Cermak & 3rd Ave.,    #5,   Riverside, IL 60546
14242998     +Village of River Forest,    400 Park Avenue,    River Forest, IL 60305-1798
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14242986      E-mail/Text: bankrup@nicor.com Jun 09 2011 22:41:45     Nicor,    PO Box 0632,
               Aurora, IL 60507-0632
                                                                                             TOTAL: 1
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14242967*    +First Security Trust and Savings,    7315 W Grand Ave.,    Elmwood Park, IL 60707-1996
14242968*    +First Security Trust and Savings,    7315 W Grand Ave.,    Elmwood Park, IL 60707-1996
14242982*    +Merchants and Manufacturers Bank,    25140 W Channon Drive,    Channahon, IL 60410-5030
14242983*    +Merchants and Manufacturers Bank,    25140 W Channon Drive,    Channahon, IL 60410-5030
14242984*    +Merchants and Manufacturers Bank,    25140 W Channon Drive,    Channahon, IL 60410-5030
14242985*    +Merchants and Manufacturers Bank,    25140 W Channon Drive,    Channahon, IL 60410-5030
14242948    ##+Alesia Taylor,    1833 S Harlem,   #2E,    Berwyn, IL 60402-1520
14242954    ##+Brenda Love,    1645 S Harlem,   #GE,    Berwyn, IL 60402-1509
14242957    ##+Deborah Farley,    1625 S Harlem #2E,    Berwyn, IL 60402-1504
14242965    ##+Fineesha Love,    6516 W 16th St.,    #GN,    Berwyn, IL 60402-1309
14242971    ##+Jane Catterson,    616 Grand Canal Dr.,    Kissimmee, FL 34759-4360
14242970    ##+Jane S. Catterson,    27297 Buccaneer DR,    Bonita Springs, FL 34135-4314
14242974    ##+Joseph Brown,    1833 S Harlem,   #1E,    Berwyn, IL 60402-1520
14242977    ##+Linda Muniz,    1629 S Harlem,   #6,    Berwyn, IL 60402-1505
14242978    ##+Louise Sprawls,    1629 S Harlem,   #1,    Berwyn, IL 60402-1505
14242979    ##+Manuel & Alicia Mendoza,    1833 S Harlem,   #2W,    Berwyn, IL 60402-1520
                                                                                    TOTALS: 0, * 7, ## 10
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```