UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
FAULKNER, JAN C                               §      Case No. 09-27550
                                              §
         Debtor(s)                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRADLEY J. WALLER_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| THE BANK OF NEW YORK MELLON | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JANE S. CATTERSON | | | | | |
| 3 | JANE S. CATTERSON | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | MERCHANTS & MANUFACTURERS BANK | | | | | |
| 1 | SIMON STOLARIK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-27550 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | FAULKNER, JAN C | | | Date Filed (f) or Converted (c): | 07/29/09 (f) |
| | | | | 341(a) Meeting Date: | 09/09/09 |
| For Period Ending: | 05/31/12 | | | Claims Bar Date: | 09/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 542 Lathrop, River Forest IL 60305, US Bank Trus | 775,000.00 | Unknown | DA | 0.00 | FA |
| 2. 1139 Keystone, River Forest IL 60305, US Bank Tr | 900,000.00 | Unknown | DA | 0.00 | FA |
| 3. 1518 N. Harlem, River Forest, IL 60305 3 condo u | 330,000.00 | Unknown | DA | 0.00 | FA |
| 4. 1516 N. Harlem, #1W, River Forest IL 60305 1 con | 110,000.00 | Unknown | DA | 0.00 | FA |
| 5. 1140 Ferdinand, Forest Park, IL 60130;, Trust #7 | 180,000.00 | Unknown | DA | 0.00 | FA |
| 6. 1625 S Harlem, Berwyn IL 60402 5 units, US Bank | 500,000.00 | Unknown | DA | 0.00 | FA |
| 7. 1629 S. Harlem, Berwyn IL 60402 6 units, 2 car g | 525,000.00 | Unknown | DA | 0.00 | FA |
| 8. 8459 W. Cermak & 3rd Ave., North Riverside IL 60 | 535,000.00 | Unknown | DA | 0.00 | FA |
| 9. 1645 S. Harlem, Berwyn IL 60402 6 units, US Bank | 525,000.00 | Unknown | DA | 0.00 | FA |
| 10. 2101 S. Harlem, Berwyn IL 60402 6 units, US Bank | 540,000.00 | Unknown | DA | 0.00 | FA |
| 11. 1833 S. Harlem, Berwyn IL 60402, US Bank Trust # | 525,000.00 | Unknown | DA | 0.00 | FA |
| 12. Lakeview Cemetery, Village of Ballaire, Michigan | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2 parking spaces at Colonial House at E, Washing | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Location: on person of debtor | 250.00 | 0.00 | DA | 0.00 | FA |
| 15. Corus Bank, 7727 W Lake St., River Forest IL 603 | 4,055.18 | 3,325.18 | | 4,055.18 | FA |
| 16. Harris Bank Checking Acct #6025373 111 W Monroe, | 255.58 | 0.00 | DA | 0.00 | FA |
| 17. Bank of America checking acct #005480995277 PO B | 707.00 | 0.00 | DA | 0.00 | FA |
| 18. Interest in Community Bank of Oak Park Property | 15,332.83 | Unknown | DA | 0.00 | FA |
| 19. Interest in Merchants and Manufacturers Bank 254 | Unknown | 0.00 | DA | 0.00 | FA |
| 20. Village of River Forest 400 Park Ave., River For | 238.98 | Unknown | DA | 0.00 | FA |
| 21. ComEd Po Box 6111, Carol Stream IL 60197 Acct: 5 | 1,484.65 | 0.00 | DA | 0.00 | FA |
| 22. Furniture, dishes, used couch, computer, compute | 500.00 | 0.00 | DA | 0.00 | FA |
| 23. Books, pictures, single bedroom set 152 W Raven Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 24. Clothing 152 West Raven Chandler, AZ 85286 | 250.00 | 0.00 | DA | 0.00 | FA |
| 25. Father's Omega retirement watch given to him aft | 200.00 | 0.00 | DA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-27550 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | FAULKNER, JAN C | | | Date Filed (f) or Converted (c): | 07/29/09 (f) |
| | | | | 341(a) Meeting Date: | 09/09/09 |
| | | | | Claims Bar Date: | 09/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Trans America (on daughter's life - Kristen Faul | 2,149.46 | 0.00 | DA | 0.00 | FA |
| 27. 100% of First City Mortgage Corporation Corus Ba | 15,396.79 | Unknown | | 0.00 | Unknown |
| 28. 100% of American Condo Corp. | 0.00 | 0.00 | DA | 0.00 | FA |
| 29. 100% of Real Estate Equity Corporation BK Accoun | 395.41 | 395.41 | DA | 0.00 | FA |
| 30. 1/3 trust interest in Elizabeth M. Faulkner Trus | 193,298.80 | Unknown | | 0.00 | Unknown |
| 31. 1 used computer, and copier 2204 Northgate, Nort | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 32. 1 used computer 152 West Raven, Chandler AZ 8528 | 500.00 | 0.00 | DA | 0.00 | FA |
| 33. 2004 Mercedes S500 (u) | 0.00 | 0.00 | | 15,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.75 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,685,264.68 | $3,720.59 | $19,556.93 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-27550 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | FAULKNER, JAN C | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8965  Money Market Account |
| Taxpayer ID No: | *******0723 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/10 | 33 | Kent Faulkner<br>The National Bank<br>P.O. Box 1030<br>Bettendorf, IA  52722-0018 | per court order of 10/22/10<br>DEPOSIT CHECK #256262 | 1229-000 | 15,500.00 | | 15,500.00 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.12 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.25 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.38 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 15,500.49 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.62 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,500.87 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,500.99 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,501.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.73 | 15,471.39 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,471.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.04 | 15,435.48 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.06 | 15,436.54 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,436.66 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.72 | 15,404.94 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,405.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.60 | 15,374.47 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,374.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.70 | 15,340.89 |
| 12/05/11 | 15 | Jan C. Fulkner<br>152 W. Raven Drive<br>Chandler, AZ  85286 | Proceeds from Corus Bank account<br>DEPOSIT CHECK #086609 | 1129-000 | 695.67 | | 16,036.56 |
| 12/05/11 | 15 | Jan C Faulkner<br>152 W. Raven Drive | Proceeds from Corus Bank account<br>DEPOSIT CHECK #086610 | 1129-000 | 3,359.51 | | 19,396.07 |

Page Subtotals     19,556.80     160.73

Ver: 16.06b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-27550 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | FAULKNER, JAN C | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8965  Money Market Account |
| Taxpayer ID No: | *******0723 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | INT | Chandler, AZ  85286<br>The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000     0.13 | | 19,396.20 |
| 12/28/11 | | To Acct #*******8966 | | 9999-000 | 19,396.20 | 0.00 |

|  |  |  | COLUMN TOTALS | 19,556.93 | 19,556.93 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's | 0.00 | 19,396.20 | |
|  |  |  | Subtotal | 19,556.93 | 160.73 | |
|  |  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  |  | Net | 19,556.93 | 160.73 | |

Page Subtotals          0.13          19,396.20

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-27550 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | FAULKNER, JAN C | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8966  Checking Account |
| Taxpayer ID No: | *******0723 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | From Acct #*******8965 | | 9999-000 | 19,396.20 | | 19,396.20 |
| 01/26/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Ad | 2600-000 | | 25.00 | 19,371.20 |
| 01/26/12 | | Transfer to Acct #*******3051 | Bank Funds Transfer | 9999-000 | | 19,371.20 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,396.20 | 19,396.20 | 0.00 |
| Less:  Bank Transfers/CD's | 19,396.20 | 19,371.20 | |
| Subtotal | 0.00 | 25.00 | |
| Less:  Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 25.00 | |

Page Subtotals          19,396.20          19,396.20

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-27550 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | FAULKNER, JAN C | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******3051  Checking Account |
| Taxpayer ID No: | *******0723 |  |  |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******8966 | Bank Funds Transfer | 9999-000 | 19,371.20 |  | 19,371.20 |
| 04/20/12 | 001001 | BRADLEY J. WALLER KLEIN, STODDARD, BUCK, WALLER& LEWISI 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 |  | 2,705.69 | 16,665.51 |
| 04/20/12 | 001002 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL  60178 | Trustee Expenses | 2200-000 |  | 152.00 | 16,513.51 |
| 04/20/12 | 001003 | Jane S. Catterson P.O. Box 237 Somerset, KY 42501 | Claim 2, Payment 40.35065% | 5100-000 |  | 3,417.70 | 13,095.81 |
| 04/20/12 | 001004 | Jane S. Catterson P.O. Box 237 Somerset, KY 42501 | Claim 3, Payment 40.35067% | 5100-000 |  | 13,095.81 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS |  | 19,371.20 | 19,371.20 | 0.00 |
| Less:  Bank Transfers/CD's |  | 19,371.20 | 0.00 |
| Subtotal |  | 0.00 | 19,371.20 |
| Less:  Payments to Debtors |  |  | 0.00 |
| Net |  | 0.00 | 19,371.20 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - *******8965 | 19,556.93 | 160.73 | 0.00 |
| Checking Account - *******8966 | 0.00 | 25.00 | 0.00 |
| Checking Account - *******3051 | 0.00 | 19,371.20 | 0.00 |
|  | 19,556.93 | 19,556.93 | 0.00 |
|  | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     19,371.20     19,371.20

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-27550 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | FAULKNER, JAN C | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3051  Checking Account |
| Taxpayer ID No: | *******0723 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********8965 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********8966 | | | | |
| | | | Checking Account - ********3051 | | | | |

Page Subtotals            0.00            0.00

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*